When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25).......$15.00

No discount allowed after expiration date

### THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### A CORRECTION

In justice to Judge Houck and the editor, we wish to correct a mistake in the second syllabus in the case of Rognon, Minor, etc. vs. Zanesville, City, as appears in No. 4, Page 55, of the Abstract of January 29, 1927. The word "not" was inadvertently inserted by the compositor. The correct syllabus is:

"465. ERROR—It is error for a trial judge to charge upon a trespasser when same is not part of pleading and the thing to be determined was an attractive nuisance."

### A REMINDER

There is nothing that so helps a lawyer as "preparedness", and the Abstract Digests so fit into every lawyer's practice that they make him almost unable to succeed well without it. Every lawyer's ship may be said to be in a storm, and for one to be without the Abstract Digest, is like being on the sea of legal troubles without a compass. Without it the practitioner does not know what instant case law exists, nor where to find it; and he is much like a recluse in his surroundings. If you have the Ternary, 1926 (three-year) Digest, you need its 1926 complement. If not, you need the 1927 Quad (4 year) Digest. The cost of the Quad Digest (to Abstract Subscribers) is $6.00 and of the Annual is $3.00. Favor us with your order for a copy.

## LIQUOR LAW JAIL FINES

### Held to be Debt Imprisonment of Indigents.

Owing to the wide reaching effect and of importance of the decision of Judge Sullivan of The Cuyahoga Appeals, February 2, and the interest shown in it by our subscribers, many of whom have phoned, wired or written us for a copy of it at once, we are reporting the case in full, in this number of the Abstract. There are probably hundreds of cases in Ohio where the accused has been fined by a Justice for liquor law violation, that will get relief under this opinion.

# SYLLABI

No. 122

No. 19897—Charles J. Pilliod v. Daniel C. Searles. Error to the Court of Appeals of Lucas County.

293. CONTEMPT — Where a person is charged with violation of injunction, master may be appointed to take testimony and report finding to court, but accused must be given opportunity to be present before master and have objections to evidence noted, and be present in open court to present the questions and be heard upon merits of the proceeding. Evidence need not have been taken in open court.

DAY, J.

In a proceeding to punish for a contempt of court, where a party is charged with violation of an order of injunction, a master may be appointed to take the testimony relative thereto, report the same to the court for the purpose of making a finding thereon, provided, however, that such party is given opportunity to be present before the master when such testimony is taken, to meet opposing witnesses face to face and to produce evidence in his own behalf, to object to the admission or rejection of evidence and have said objections noted, to present in open court all questions touching the admissibility of such evidence, and to be heard in open court upon the merits of such proceeding. An order of the court finding a party in contempt, based upon testimony so taken, will not be disturbed because such evidence was not taken in open court.

Judgment affirmed.

Marshall, CJ., Allen, Robinson, Jones and Matthias, JJ., concur. Kinkade, J., not participating.